UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR L.L.C.,

        Plaintiffs,

   v.

HIROKO FREDERICK,

        Defendant.
_____/

NO. CIV. S-11-2344 LKK/KJN

O R D E R

    The defendant in the above-captioned case has now filed an appearance in propria persona. Accordingly, pursuant to Local Rule 302(c)(21), this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings. Henceforth, the caption on documents filed in this case shall be known as "11cv2344 LKK KJN PS."

    The status conference set for November 14, 2011 is hereby VACATED.

////

1   IT IS SO ORDERED.

2   DATED:  November 8, 2011.

3

4

5   _____
    LAWRENCE K. KARLTON
6   SENIOR JUDGE
    UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2